IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: )
 )
THOMPSON, TAMMY ) Bk. No.
 )
Debtor. ) Chapter 13

## PLAN

1.  Debtor shall pay to the trustee the sum of $230 per month for 60 months, through a payroll deduction.

2.  After the costs of this proceeding have been paid, the creditors whose claims are duly proved and allowed shall be paid as follows:

    A.  Debtor(s) hereby surrender the real property located at 612 Lincoln Street, St. David, Illinois, to the mortgage holder BANK OF AMERICA MORTGAGE, and said creditor shall be allowed to file an unsecured claim representing a reasonable deficiency, if any.

    B.  Pay GMAC through Debtor(s) Plan the $7,750 value of a 2006 Pontiac G6, with interest at 5.0% per year in payments established by the Debtor(s) Chapter 13 Trustee for its secured claim, and said creditor shall retain any lien it has in said vehicle up to said value amount with its remaining balance being treated as an unsecured claim.

    C.  Pay balance to Debtor(s)' other creditors, all of whom are unsecured, on a pro rata basis toward their allowed claims, without interest or other charges. The attorney fee balance of $3,300 to Rafool, Bourne & Shelby P.C. will be paid pursuant to this Court's standing order.

3.  During the pendency of this Chapter 13 proceeding, Debtor shall not, except with the approval of the Trustee, incur obligations or make purchases on credit except for food, clothing, lodging or medical care for herself or her family.

4.  Debtor proposes to make said payments into said Plan for a period of 60 months.

Dated: March 23, 2010

                                            Respectfully Submitted,

RAFOOL, BOURNE & SHELBY, P.C.
Attorneys at Law
411 Hamilton, Suite 1600
Peoria, IL  61602
Telephone:  (309) 673-5535

                                    BY:     /s/ Sumner A. Bourne
                                              Attorney for Debtor