# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: **Tammy J. Thompson**  Case No. **10-80929**

Appearances at First Meeting: _____

## Plan Information

___ Plan    X  Amended Plan

Plan Payment: $275.00 Monthly

Plan Term: 60 Months    Plan Percentage: 22%

Priority Creditors: 
Arrearage: 
Secured Creditors: 10,686
Special Unsecured: 
General Unsecured: 864
Attorney Fee: 3,300
Trustee Fee: 1,380
Total Plan: 13,800

Wage Deduction:  X  Yes    ___ No

Direct Payments: None

Other: Surrender House - Bank of America

## Means Test Information

___ Over Median    X  Under Median

___ Income Verified

___ Form 22C approved by Trustee

___ Form 22C contested by Trustee

___ Income    ___ Standardized Deductions

___ Additional Expense Deductions    ___ Debt Payment

___ Amended Form 22C to be filed

Line 59 - Mo. Disposable Income: $
Sixty Month Total: $
Total Plan Distribution to Unsecured Creditors: $

## Trustee Recommendations

___ Confirm plan as filed

___ Confirm plan with following changes:

___ Amended Plan to be filed within ___ Days

X  Request Confirmation Hearing

*___ Feasibility    ___ Best Interests of Creditors Test    ___ Valuation of Collateral*

*___ Excess Disposable Income    X  Other:* Untreated Priority Claim

Other: _____