IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THOMPSON, TAMMY | ) Bk. No. 10-80929 |
| | ) |
| Debtors. | ) Chapter 13 |

## OBJECTION TO CLAIM

Now come the above-named Debtor by her Attorneys, RAFOOL, BOURNE & SHELBY P.C., and hereby Objects to Claim #5 filed by the INTERNAL REVENUE SERVICE and states as follows:

Debtor denies owing any money for the subject tax year.

WHEREFORE, Debtor prays that Claim #5 by the INTERNAL REVENUE SERVICE be DENIED, and for such further and other relief as is just.

                        Respectfully Submitted,
                        Tammy Thompson

SUMNER A. BOURNE
Rafool, Bourne & Shelby, P.C.
1600 Associated Bank Bldg.
411 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 673-5535        BY:   /s/ Sumner A. Bourne
                                                      One of Her Attorneys

## CERTIFICATE OF SERVICE

      The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court, or if not sent electronically then by either hand-delivering or depositing a printed copy into the United States mail at the mail chute located at 411 Hamilton Blvd., Peoria, Illinois, on June 21, 2010 with postage prepaid at the address listed on the creditor matrix, upon the following parties:

                                 Michael D. Clark

                                 U.S. Trustee

                                 Internal Revenue Service
                                 Attn: Marvin Taylor
                                 P.O. Box 21126
                                 Philadelphia, PA  19114

                                 Office of the U.S. Attorney
                                 318 S. Sixth Street
                                 Springfield, IL  62701

                                 Office of the Attorney General
                                 10th and Constitution Avenues Northwest
                                 Washington, D.C., 20530


Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600                    BY:    /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535