**IT IS SO ORDERED.**

**SIGNED THIS: September 14, 2010**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
```

| | |
|---|---|
| IN RE: TAMMY J THOMPSON, ) | |
| ) | |
| BAC Home Loans Servicing, L.P., ) | |
|     Creditor, ) | CASE NO. 10-80929 |
|   vs. ) | JUDGE Thomas L. Perkins |
| ) | |
| TAMMY J THOMPSON, ) | |
|     Debtor, ) | |

### ORDER MODIFYING STAY

    THIS CAUSE COMING ON TO BE HEARD on the motion of BAC Home Loans Servicing, L.P., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

    IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to BAC Home Loans Servicing, L.P. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 612 Lincoln Street, Saint David, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 10-4637

###